IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDRIKA MORRISSETTE MILLER and GARY L. SAUER, JR., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| REO AMERICA, | ) ) |
| Defendant. | ) |

CASE NO. 2:21-CV-122-WKW
[WO]

## **ORDER**

On December 27, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 12.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED with prejudice.

DONE this 17th day of January, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE